UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-249 (SHS) |
| -against- | : | ORDER |
| ANTONIO EADDY, | : | |
| Defendant(s). | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the change of plea hearing in this matter is scheduled for July 14, 2022, at 11:00 a.m.

Dated: New York, New York
       June 27, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.