# VLADECK, RASKIN & CLARK, P.C.

SUSAN J. WALSH
PARTNER
212.403.7348
SWalsh@Vladeck.com

## MEMO ENDORSED

September 20, 2022

**By EMAIL and ECF**

Hon. Sidney H. Stein
United States District Court Judge
US District Court for the SDNY
500 Pearl Street
New York, NY 10007

      Re:  *United States v. Antonio Eaddy*, 21 Cr 249 (SHS)

Dear Judge Stein:

      I write to request an adjournment of the current schedule for filing sentencing memoranda in the above captioned case for two (2) weeks.  The Government consents to this request.

      The sentencing hearing was originally set for October 13, 2022 accordingly defense submissions are due on September 22 and the Government submission on September 29, 2022.   The sentencing was adjourned by the Court to November 9, 2022 at 2:30 pm.

      The defense hopes to be able to supplement our submission with records for the Court's information but we have not received some and hope that they will arrive in the next two weeks.  Accordingly, the defense requests that we be permitted to submit our memorandum on or before October 6, 2022 and the Government will submit their memorandum on or before October 13, 2022.   Both would still be timely for the November 9, 2022 hearing.

      Thank you for your time and consideration.

                              Respectfully submitted,

                              Susan J. Walsh

cc:  Ashley Nicolas, AUSA
      Matthew King, AUSA

      .

The request as set forth above is granted.

Dated:  New York, New York
            September 20, 2022

SO ORDERED

*/s/ Sidney H. Stein*
SIDNEY H. STEIN
U.S.D.J.

715276 v1

565 Fifth Avenue, 9th Floor, New York, New York 10017 ▪ (p) 212-403-7300 ▪ (f) 212-