UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-249 (SHS) |
| -against- | : | <u>ORDER</u> |
| ANTONIO EADDY, | : | |
| Defendant(s). | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court has received the parties' joint request to "expedite defendant's sentencing date, end his isolation, and at least designate him to a facility out of solitary confinement of the MDC." (ECF Doc. No. 241 at p. 3.) Accordingly,

    IT IS HEREBY ORDERED that the government's sentencing submission is due by October 18, and the sentencing is set for October 26 at 5:00 p.m.

Dated: New York, New York
       October 11, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.