UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-249 (SHS) |
| -v- | : | |
| ANTONIO EADDY, | : | <u>ORDER</u> |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS **HEREBY** ORDERED that the CJA attorney on duty today, Camille Abate, is appointed to represent the defendant pursuant to the Criminal Justice Act regarding his violation of supervised release. The Clerk of Court is directed to mail a copy of this Order to Antonio Eaddy [74790-509] at MDC Brooklyn, Metropolitan Detention Center, P.O. Box 329002, Brooklyn, NY 11232.

Dated: New York, New York
       February 5, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.