UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-249 (SHS) |
| -v- | : | |
| ANTONIO EADDY, | : | <u>ORDER</u> |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     IT IS HEREBY ORDERED that the conference scheduled for Monday, February 10, 2025, at 11:00 a.m., is rescheduled to Friday, February 7, at 2:00 p.m.

Dated: New York, New York
       February 6, 2025

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.